1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11    DOMINGO VILLA-DUARTE,                Case No. CV 16-00055-GW (GJS)
12                    Petitioner
13          v.                             **JUDGMENT**
14    JACK FOX, Warden,
15                    Respondent.
16
17          Pursuant to the Court's Order Accepting the Findings and Recommendations of
18    United States Magistrate Judge,
19          IT IS ADJUDGED THAT this action is dismissed with prejudice.
20
21    DATE: November 10, 2016
                                          _____
22                                        GEORGE H. WU
                                          UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28